IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH W. ALLEN,**

   *Plaintiff*,

v.                                    Case No.: 4:22cv447-MW/MAF

**CENTURION MEDICAL
PROVIDER OF FLORIDA, et al.,**

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice as malicious for abuse of the judicial process by making affirmative representations regarding his litigation history and sources of income." The Clerk shall note on the docket that this cause was dismissed pursuant

to 28 U.S.C. § 1915(e)(2)(B)(i) and counts as a "strike" under the Prison Litigation Reform Act. The Clerk shall close the file.

**SO ORDERED on January 20, 2023.**

<u>s/Mark E. Walker              </u>
**Chief United States District Judge**