IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH W. ALLEN,**

    *Plaintiff*,

v.                                     Case No.: 4:22cv447-MW/MAF

**CENTURION MEDICAL
PROVIDER OF FLORIDA,
et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 10.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice as malicious for abuse of the judicial process by making affirmative representations regarding his litigation history and sources of income." The Clerk shall note on the docket that this

cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and counts as a "strike" under the Prison Litigation Reform Act. The Clerk shall close the file.

**SO ORDERED on February 9, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**